Orison Underwood, for appellant. Frederick P. Fish and William K. Richardson, for appellee. Before WEBB, District Judge. Dismissed, without costs, per stipulation. See 93 Fed. 811.

---

ELMIRA WATERWORKS CO. v. NEW YORK FILTER MFG. CO. (Circuit Court of Appeals, Second Circuit. March 16, 1898.) No. 96. Appeal from the Circuit Court of the United States for the Northern District of New York. F. H. Betts and F. G. Finck, for appellant. John R. Bennett, for appellee. Dismissed on consent, pursuant to the twentieth rule. See 83 Fed. 1013.

---

HART & HEGEMAN MFG. CO. v. ANCHOR ELECTRIC CO. et al. (Circuit Court of Appeals, First Circuit. October 4, 1899.) No. 238. Appeal from the Circuit Court of the United States for the District of Massachusetts. Henry B. Brownell, for appellant. Edward P. Payson, for appellees. Before COLT, Circuit Judge, and BROWN and LOWELL, District Judges. Motion to reserve leave to court below to entertain motion by defendants to take further testimony denied. See 34 C. C. A. 606, 92 Fed. 657.

---

LI FOON v. McCARTHY, United States Marshal. (Circuit Court of Appeals, Second Circuit. October 27, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Petition for writs of habeas corpus and certiorari. William C. Beecher, for appellant. Wallace Macfarlane, U. S. Atty., for appellee. Dismissed for failure to docket, pursuant to the sixteenth rule. See 80 Fed. 881.

---

MT. MORRIS ELECTRIC LIGHT CO. v. BRUSH ELECTRIC CO. (Circuit Court of Appeals, Second Circuit. December 1, 1896.) No. 14. Appeal from the Circuit Court of the United States for the Southern District of New York. Forster, Hotaling & Klenke, for appellant. Cravath & Houston, for appellee. Dismissed on consent.

---

PINE v. MAYOR, ETC., OF CITY OF NEW YORK. (Circuit Court of Appeals, Second Circuit. October 27, 1897.) No. 106. Appeal from the Circuit Court of the United States for the Southern District of New York. Moran & Williams, for appellant. Francis M. Scott, Corp. Counsel, for appellee. No opinion. Judgment affirmed. See 76 Fed. 418.

---

PRESS PUB. CO. v. CROSSMAN. (Circuit Court of Appeals, Second Circuit. December 16, 1897.) No. 49. In Error to the Circuit Court of the United States for the Southern District of New York. Bowers & Sands, for plaintiff in error. Howe & Hummel, for defendant in error. No opinion. Judgment reversed.

---

REED MFG. CO. v. BROWN et al. (Circuit Court of Appeals, Second Circuit. March 10, 1898.) No. 71. Appeal from the Circuit Court of the United States for the Northern District of New York. Edward Wetmore, for appellant. F. H. Hamlin, for appellees. Dismissed on consent, pursuant to the twentieth rule. See 81 Fed. 48.